IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

APR 6 2022 AM 10:35
FILED - USDC - BPT - CT

| | |
|---|---|
| IN RE: APPLICATION FOR CRIMINAL COMPLANT | Case No. 3:22MJ396 (SDV) |
| | April 6, 2022 |
| | **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A CRIMINAL COMPLAINT

I, Stephen Ryczer, currently assigned as a Special Agent with the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Mohamed Najm Kamash, a.k.a. Mohamed Najm Mohamed Ali Kamash ("KAMASH") for violation of 18 U.S.C. § 1015(a) (false statement in a naturalization proceeding).

2.      I have been employed by the FBI as a Special Agent since 2012. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I have been assigned to the New Haven FBI Field Office since February 2022. Prior to this assignment, I was a Special Agent at the FBI's New York Field Office where I was assigned to the Joint Terrorism Task Force ("JTTF") where I have participated in the investigation of cases pertaining to fraud, international terrorism and other federal offenses.

3.      I have participated in investigations involving individuals suspected of fraud and other crimes, and written, obtained and/or coordinated the execution of search and arrest warrants pertaining to individuals involved in federal offenses. I have prepared or assisted in the preparation of affidavits in support of applications for search warrants which have resulted in orders being issued

by federal courts. I have received training in a variety of areas relevant to my position as a Special Agent while at the FBI Academy in Quantico, Virginia.

4.      The information contained in this affidavit is based on my review of records and other information collected in the investigation described herein and information received from other law enforcement officers. I am familiar with the circumstances of the investigation and the information set forth in this affidavit. The statements contained in this affidavit are based on: (1) my review of records and information collected in the investigation; (2) information provided to me by FBI Special Agents and Task Force Officers; (3) information provided to FBI Special Agents by the United States Citizenship and Immigration Services; and (4) my experience and training. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the criminal complaint and arrest warrant and does not set forth all my knowledge about this matter.

5.      In this affidavit, the FBI has provided translations of certain Arabic words or phrases. These translations are based on information provided by certified FBI linguists.

## STATUTORY AUTHORITY

6.      Title 18, United States Code, Section 1015(a) prohibits, in pertinent part, a person from knowingly making any false statement under oath, in any case, proceeding, or matter relating to, or under, or by virtue of any law of the United States relating to naturalization, citizenship, or registry of aliens.

## BACKGROUND

7.      According to information provided by the United States Citizenship and Immigration Services ("USCIS") to the FBI New Haven Field Office, KAMASH was born in Nineveh Governorate, Iraq in 1991, and is approximately 31 years old. KAMASH was initially admitted to the United States in July 2014. KAMASH resides in the District of Connecticut and has so since his admission to the United States in 2014.

8.      In 2016, KAMASH obtained lawful permanent resident ("LPR") status, commonly referred to as a "Green Card," which he maintains to date. On or about August 11, 2015, in the District of Connecticut, KAMASH signed a USCIS Form I-485, Application to Register Permanent Residence or Adjust Status.   Form I-485 includes Part 5, the "Applicant's Statement." The Applicant's Statement, in part, reads:

> I certify, under penalty of perjury under the laws of the United States of America, that the information provided with this application is all true and correct. I certify also that I have not withheld any information that would affect the outcome of this application.

In the Applicant's signature box is a signature purporting to be that of KAMASH, dated August 11, 2015. According to the form, KAMASH used another individual, a preparer, to assist with completing the form. However, as part of the Applicant's Statement, he checked a box next to where the form read, "I can read and understand English, and I have read and understand each and every question and instruction on this form, as well as my answer to each question."

## PROBABLE CAUSE

*Form N-400*

9.      On or about April 22, 2019, in the District of Connecticut, KAMASH signed a USCIS Form N-400, Application for Naturalization. On or about April 29, 2019, KAMASH submitted the form or caused it to be submitted to USCIS for adjudication via the mail, using the United States Postal Service.

10.     Form N-400, Part 13 incudes the "Applicant's Statement, Certification, and Signature." The Applicant's Certification, in part, reads:

> I understand that USCIS will require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, I will be required to sign an oath reaffirming that: (1) I reviewed and provided or authorized all of the information in my application; (2) I understood all of the information contained in, and submitted with, my application; and (3) all of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my application, I understand all of the information contained in, and submitted with, my application, and that all of this information is complete, true, and correct.

In the Applicant's Signature box is a signature purporting to be that of KAMASH, dated April 22, 2019.

11.     In Part 12 of Form N-400 is a section named "Additional Information About You (Person Applying for Naturalization)." Question 10(C) of Part 12 asks, "Have you EVER been a member of, or in any way associated (either directly or indirectly) with: A terrorist organization?" The question allows the applicant to check boxes labeled either "Yes" or "No". On KAMASH's application, next to Question 10(C) of Part 12, the "No" box was checked.

12.     Based upon information known to me from my review of records and other information collected in this investigation and through my conversations with other law enforcement officers, I believe that KAMASH made material misrepresentations on the Form N-400, specifically related to family members with whom KAMASH is (or was) associated, who are believed to be (or have been) members of a terror organization, the Islamic State of Iraq and al-Sham (ISIS)[1]. In sum, I believe KAMASH is associated with a terror organization through his family members, specifically through his brothers Ahmed Najm Mohammed Ali Kamash ("AHMED") and Ali Najm Mohammed Ali Kamash ("ALI"), and that that KAMASH, while under oath, denied to USCIS that he was associated with a terror organization in the Form N-400 and during a subsequent oral interview with USCIS.

---

[1] In October 2004, the United States Secretary of State designated al-Qa'ida in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act ("INA") and as a Specifically Designated Global Terrorist entity under section 1(b) of Executive Order 13224. On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary of State also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham ("ISIS"), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. On September 21, 2015, the Secretary of State added the following aliases to the FTO listing: Islamic State, ISIL and ISIS. To date, ISIS remains a designated FTO.

*Application Interview*

13.     On August 17, 2021, KAMASH appeared in Hartford, Connecticut for a USCIS interview about his pending naturalization application.

14.     At the beginning of interview, before any interview questions were asked, KAMASH was placed under oath and swore to the USCIS Immigration Services Officer that he would tell the truth, the whole truth and nothing but the truth. At the conclusion of the interview, KAMASH signed an attestation which, in part, read:

> I swear (*affirm*) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form N-400, Application for Naturalization, subscribed by me, including the corrections displayed above, are complete, true, and correct. The evidence submitted by me on numbered pages 1 through 0 [sic], are complete, true, and correct.

15.     During the interview, in substance, KAMASH told USCIS that he has never known anyone involved with a terrorist organization, that no member of his family was involved with a terrorist organization, and that neither he nor his family were ever involved with any insurgency groups.

16.     KAMASH also provided USCIS information regarding his family members. KAMASH identified AHMED and ALI as his brothers. KAMASH claimed that his brother AHMED was killed in Iraq by a bomb while playing soccer in 2015 or 2016. KAMASH claimed that he was not in contact with his brother ALI but said that ALI resides with his father in Iraq. KAMASH omitted any mention that AHMED and ALI were affiliated with the ISIS terror group.

17.     At the conclusion of the interview KAMASH, as described above, certified the contents of the Form N-400 under the penalty of perjury. KAMASH made no correction to Question 10(C) of Part 12 – which inquired whether he was ever in any way associated (either directly or

indirectly) with a terrorist organization – to which he had answered "No" in the Form N-400 on April 22, 2019.

### Facebook Search Warrant

18.     Through a review of publicly available information and review of records obtained through legal process, investigators identified two Facebook social media accounts attributed to KAMASH: "KAMASH FB ACCOUNT-1" and "KAMASH FB ACCOUNT-2." On May 3, 2021, United States Magistrate Judge Robert M. Spector authorized an order pursuant to 18 U.S.C. § 2703(d) to obtain records and information (but not the content of communications) from Facebook for KAMASH FB ACCOUNT-1 and KAMASH FB ACCOUNT-2. Facebook provided records and information including the dates, times, and other information related to communications stored to the KAMASH Facebook accounts (but not the content of any communications).

19.     Separately, on March 2, 2022, United States Magistrate Judge S. Dave Vatti authorized an order pursuant to 18 U.S.C. § 2703(d) to obtain records and information (but not the content of communications) from Facebook for accounts linked to telephone numbers and email addresses used by KAMASH. Facebook provided additional records and information including the dates, times, and other information related to communications stored to KAMASH FB ACCOUNT-1 (but not the content of any communications).

20.     Through a review of publicly available information and review of records obtained through legal process, investigators identified three Facebook social media accounts attributed to AHMED and ALI: "AHMED FB ACCOUNT-1," "ALI FB ACCOUNT-1" and "ALI FB ACCOUNT-2." On or about December 22, 2021, United States Magistrate Judge S. Dave Vatti authorized a warrant to seize information held by Facebook and to search records and information (including the content of communications) for AHMED FB ACCOUNT-1, ALI FB ACCOUNT-1 and ALI FB ACCOUNT-2. FBI investigators then reviewed and translated (as the users of the

accounts communicated largely in Arabic) the content of communications for AHMED FB ACCOUNT-1, ALI FB ACCOUNT-1 and ALI FB ACCOUNT-2, which revealed communications related to the ISIS terror organization.

21.     FBI investigators also conducted a review of information publicly posted to KAMASH FB ACCOUNT-1. On or about April 19, 2016, the profile picture was updated to a photograph that I believe depicts his brother, AHMED. Other Facebook users had posted comments to KAMASH FB ACCOUNT-1 beginning on or about April 19, 2016, regarding the death of AHMED. I believe that the timing of the change in the profile picture corresponds with AHMED's death in Iraq. Based upon records and information obtained as part of this investigation, as well as the content of communications from the AHMED Facebook accounts, I believe that AHMED was killed in 2016 while fighting as an ISIS militant in (or near) then ISIS-occupied Ramadi, Iraq.

*Messages from AHMED to KAMASH*

22.     In messages dated on or about September 2, 2014, AHMED FB ACCOUNT-1 wrote to KAMASH FB ACCOUNT-2 that AHMED had joined the ISIS terrorist group and that they had given him a gun.

23.     FBI investigators have not yet received records related to KAMASH FB ACCOUNT-2 for a period of January 1, 2014 to December 31, 2014 to determine the extent of use of the account in fall of 2014. The May 2021 § 2703(d) order was for records for a period of "January 1, 2015 to present". A March 2022 § 2703(d) requested additional records for a period "from January 1, 2014 to present" for Facebook accounts associated with KAMASH. However, Facebook (now doing business as Meta Platforms Inc.) did not return records responsive to KAMASH FB ACCOUNT-2 for that period because the Facebook user ID for the account was not listed in the order, though the order requested records and information for all accounts associated with a telephone number which I know to be associated with KAMASH FB ACCOUNT-2. FBI

investigators expect to apply for an additional order pursuant to § 2703(d) to receive any records for KAMASH FB ACCOUNT-2, to include the relevant period in 2014.

*Messages between AHMED and ALI*

24.     In a message dated on or about September 2, 2014, AHMED FB ACCOUNT-1 sent an image of a pistol, magazine, and bullets to ALI FB ACCOUNT-1. In messages between the two accounts on or about the following day, AHMED, in substance, told ALI that he joined the ISIS terrorist organization, and they gave him a pistol.

25.     In messages dated on or about March 25, 2016, AHMED told ALI he had been in Ramadi, Iraq, for the previous five days and that he may stay longer. Parts of Ramadi, a city approximately 70 miles west of Baghdad, Iraq, were seized by ISIS beginning in or about late December 2013, with the full city falling under ISIS control by May 2015. Though Iraqi forces retook control of central Ramadi in December 2015, roughly 30% of the city remained under ISIS control. News reports as of March 2016 indicated ISIS militants were still mounting frequent guerrilla warfare-style attacks around Ramadi, the persistent presence of whom warranted almost daily air strikes on the area.

*Messages between KAMASH and ALI*

26.     In messages dated on or about May 1, 2016, ALI FB ACCOUNT-1 wrote to KAMASH FB ACCOUNT-1 that ALI was taking the same path that AHMED took. (As stated above, AHMED was deceased by on or about April 19, 2016.) ALI asked KAMASH not to get upset with him. KAMASH replied that he did not mind and asked if their parents were ok with ALI leaving. ALI wrote that their father said yes and their mother told him to go but to stay close and in the area. KAMASH replied for ALI to stay close. ALI said there was nothing close at the moment, then added that once he attends a camp, he does not know where they will send him. I believe that in the context of this and other conversations, ALI was referring to an ISIS training camp and that he intended to fight, as AHMED had, on behalf of the ISIS terror organization.

*Group Thread Messages*

27.     On or about January 29, 2017, a Facebook account ("GROUP THREAD 1 FB ACCOUNT"), which I believe to have been used by a sibling of KAMASH, sent a message to a group of Facebook users, or "group thread" ("GROUP THREAD 1"). A group thread, or "group chat", is a group messaging service where messages can be shared amongst a group of Facebook users. Messages may include visual content, such as pictures and video. At the time, January 2017, this group consisted of six other accounts, including KAMASH (using KAMASH FB ACCOUNT-1 and KAMASH FB ACCOUNT-2), ALI (using ALI FB ACCOUNT-1 and ALI FB ACCOUNT-2) and other accounts I believe to have been used by siblings of KAMASH. I also believe that because AHMED died in April 2016, the group thread was used, in part, to share photographs of then-deceased AHMED, amongst other family photographs. The January 29, 2017, message sent by the GROUP THREAD FB 1 ACCOUNT to GROUP THREAD 1 contained a photograph depicting AHMED (who appeared to also be the cameraman) and three other young men, one of whom was wearing a black headband on which were displayed the symbols of the flag used by the ISIS terrorist organization. KAMASH, using KAMASH FB ACCOUNT-2, responded to the group thread on the same day (January 29, 2017) with a video of himself.

28.     In a message dated on or about January 26, 2018, the GROUP THREAD 1 FB ACCOUNT sent a message to the members of that same group thread, GROUP THREAD 1, which by then consisted of 12 other accounts including KAMASH (using KAMASH FB ACCOUNT-1 and KAMASH FB ACCOUNT-2), ALI (using ALI FB ACCOUNT-1 and ALI FB ACCOUNT-2) and other accounts I believe to have been used by siblings of KAMASH. The message contained a videorecording (or video collage), which began with the title "My Video" and depicted a collage of multiple still photographs of AHMED: posing with or next to assault rifles, firing assault rifles, and posing with heavy machine guns. One image depicted AHMED overlaid with an image of a

lion[2]. At the end of the video, the flag used by the ISIS terrorist group was displayed. I believe this was a collection of tribute-type photographs of then-deceased AHMED training as a fighter for the ISIS terrorist group. KAMASH, using KAMASH FB ACCOUNT-2, posted a message to this group thread on or about the following day (January 27, 2018).

29.     Because KAMASH was active in the group threads, posting to the group threads near in time to the posting of ISIS-related photographs depicting his brother AHMED, I believe it probable that KAMASH observed the ISIS-related photographs. Moreover, in 2014, AHMED directly messaged KAMASH and wrote that he had joined ISIS.

### *KAMASH Deletion of Facebook Communications*

30.     As described above, FBI investigators received records and information (but not the content of communications) from Facebook for KAMASH FB ACCOUNT-1 and KAMASH FB ACCOUNT-2, which included the dates and times of messages sent and received by the KAMASH Facebook accounts. FBI investigators also received records and information (including the content of communications) related to messages sent and received by the AHMED and ALI Facebook accounts. Because a Facebook user can control account settings and delete or retain messages (either those sent by the account or received by the account) to the account storage, FBI investigators compared the records of the KAMASH Facebook accounts to the records of the AHMED and ALI Facebook accounts.

31.     Based upon a review of the Facebook records, FBI investigators determined that many communications sent by the AHMED or ALI accounts to the KAMASH accounts, or sent by the KAMASH accounts and received by the AHMED or ALI accounts, exist only in the records

---

[2] I believe based on my training, experience, and my review of publicly available information, that certain imagery has been adopted by jihadist propaganda and is then used by jihadists to express their association with or support of extremist or terrorist groups, including ISIS and al-Qaeda. For example, in Islamic art and culture, the lion evokes qualities of bravery and strength. Lion imagery has become a common motif in jihadi propaganda where it can be seen as a symbol of honor for jihadi leaders and for low-ranking militants. The lion may also be used to suggest martyrdom or designate a martyr-to-be.

for the AHMED or ALI accounts but not in the records for the KAMASH accounts. Based upon review of the Facebook records, I believe that KAMASH deleted a significant number of communications (though not all communications) sent or received using KAMASH FB ACCOUNT-1 and KAMASH FB ACCOUNT-2 that contained evidence of his knowledge of an association between his family members, AHMED and ALI, and the ISIS terror organization.

32.     For example, as described above, based upon records received from ALI FB ACCOUNT-1 and ALI FB ACCOUNT-2, KAMASH FB ACCOUNT-1 and KAMASH FB ACCOUNT-2 were included on GROUP THREAD 1 in January 2017 and January 2018. On January 29, 2017, GROUP THREAD 1 FB ACCOUNT sent the ISIS-related photograph of AHMED to GROUP THREAD 1, including KAMASH, and KAMASH replied to the group thread the same day. On January 26, 2018, GROUP THREAD 1 FB ACCOUNT sent the ISIS-related video of AHMED to GROUP THREAD 1, including KAMASH, and KAMASH replied to the group thread on or about the following day. While the communications are contained within the Facebook records received for ALI FB ACCOUNT-1 and ALI FB ACCOUNT-2, they are not contained in the records for KAMASH FB ACCOUNT-2.

33.     Records received for KAMASH FB ACCOUNT-2 did not reveal any stored data related to GROUP THREAD 1 dated prior to January 11, 2021.  However, there remains stored data related to another group thread on which KAMASH FB ACCOUNT-2 was included dating back to January 20, 2018, as well as numerous other communications with other accounts dating back to 2015. Because there exists stored data in the records and information for KAMASH FB ACCOUNT-2 prior to the ISIS-related messages sent using GROUP THREAD 1, and because the above-described communications are stored within in the records received for the ALI Facebook accounts, I believe that KAMASH viewed the ISIS-related content sent to him as part of GROUP THREAD 1 and that KAMASH then deleted the data from his account after it was viewed. However, based upon records received for KAMASH FB ACCOUNT-1, there remains stored data

for GROUP THREAD 1 from January 14, 2017 through April 20, 2021, including the dates on which the ISIS-related photographs were sent.

34.    I further believe that KAMASH deleted direct (or peer-to-peer) messages sent to him, using KAMASH FB ACCOUNT-1, from AHMED, using AHMED FB ACCOUNT-1. Based upon records and information (including the content of communications) for AHMED FB ACCOUNT-1, in messages dated on or about February 7, 2016, AHMED FB ACCOUNT-1 sent pictures and text to KAMASH FB ACCOUNT-1. One of the images depicted a small child sitting next to two assault rifles. Another image depicted AHMED wearing a camouflage shirt and green knit cap. On or about September 1, 2015, AHMED FB ACCOUNT-1 sent KAMASH FB ACCOUNT-1 an image of a large table of rifles, pistols, magazines, ammunition and knives. On or about July 25, 2015, AHMED FB ACCOUNT-1 sent KAMASH FB ACCOUNT-1 an image of a laptop computer with two pistols lying on it. However, records received from Facebook for KAMASH FB ACCOUNT-1 did not reveal stored data related to communications with AHMED FB ACCOUNT-1 prior to June 19, 2016. (The records provided by Facebook for KAMASH FB ACCOUNT-1 covered the period beginning January 1, 2014 through April 1, 2022, though I believe that AHMED died in or about April 2016). KAMASH FB ACCOUNT-1 has no stored communications from its creation date until May 1, 2016, other than three communications in 2014.

35.    Based upon my review of the records and information provided by Facebook, including still-existent communications in data stored to the AHMED and ALI Facebook accounts, I believe it probable that KAMASH deleted communications from his accounts related to his association through his brothers, AHMED and ALI, with the ISIS terror organization.

*Summary*

36.    I submit that there is probable cause to believe and I do believe that: (1) KAMASH had knowledge of his brother AHMED's association with the ISIS terror organization as early as September 2, 2014; (2) KAMASH had knowledge of his brother ALI's association with the ISIS

- 12 -

terror organization as early as May 1, 2016; (3) on April 22, 2019, KAMASH made materially false statements on the Form N-400 (application for naturalization) when he checked "No" in response to a question which asked, in part, if he had ever been in any way associated (either directly or indirectly) with a terrorist organization; and (4) on August 17, 2021, during his interview in support of naturalization, KAMASH made a false oath or declaration under penalty of perjury when he (verbally) told USCIS he has never known anyone involved with a terrorist organization, that no member of his family was involved with a terrorist organization, and that neither he nor his family were ever involved with any insurgency groups, and when KAMASH attested (in writing) to the contents of Form N-400.

37.      Based upon information received by USCIS, KAMASH's false or misleading statements were material to the proper adjudication of the Form N-400 because current and previous membership in, or association with, a terrorist organization may indicate a lack of attachment to the Constitution and an indication that the applicant is not well disposed to the good order and happiness of the United States. *See* USCIS Policy Manual, Volume 12 - Citizenship and Naturalization, Part D - General Naturalization Requirements, Chapter 7 - Attachment to the Constitution, *https://www.uscis.gov/policy-manual/volume-12-part-d-chapter-7* (Current as of March 23, 2022). Information concerning an applicant's membership in, or association with, a terrorist organization implicates national security issues. Such information is important in determining the applicant's eligibility in terms of good moral character and attachment requirements. Membership and association with a terror organization may also raise issues of lawful admission, or even render the applicant removable. The burden rests on the applicant to prove that he or she has an attachment to the Constitution of the United States and that he or she is well disposed to the good order and happiness of the United States, among the other naturalization requirements. *See id.*

## CONCLUSION

38.    There is probable cause to believe, and I do believe that on or about April 22, 2019 and August 17, 2021, in the District of Connecticut, Mohamed Najm Kamash, a.k.a. Mohamed Najm Mohamed Ali Kamash ("KAMASH") violated 18 U.S.C. § 1015(a) (false statement in a naturalization proceeding). Therefore, I respectfully request the issuance of the requested criminal complaint and arrest warrant.

Respectfully submitted,

Stephen Ryczer
Special Agent
Federal Bureau of Investigation

The truth of the foregoing affidavit has been attested to before me by FBI Special Agent Stephen Ryczer on this 6th day of April, 2022, at Bridgeport, Connecticut

HONORABLE S. DAVE VATTI
UNITED STATES MAGISTRATE JUDGE

- 14 -